# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVID WILLIAMS, JR.,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>MIKE MARTEL, Warden<br><br>　　　　　Respondent.<br>　　　　　　　　　　　　　　　　　／ | 1:08-cv-01336 DLB (HC)<br><br>ORDER DENYING PETITIONER'S ENTITLED "MOTION FOR COURT ORDER"<br><br>[Doc. 9] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), Petitioner has consented to the jurisdiction of the United States Magistrate Judge. (Court Doc. 8.)

　　　　Petitioner filed the instant petition for writ of habeas corpus on September 9, 2008.  On September 17, 2008, the Court directed Respondent to file a response to the petition.  (Court Doc. 5.)

　　　　On October 6, 2008, Petitioner filed a motion entitled "Motion for Court Order."  (Court Doc. 9.)  Petitioner requests the Court to issue an order directing that the prison allow him use of a typewriter to prepare his legal work.  (Id.)  Petitioner's request is essentially for a preliminary injunction and shall be construed as such.

　　　　To obtain a preliminary injunction, a party must demonstrate either 1) a combination of probable success on the merits and the possibility of irreparable injury, or 2) the existence of serious questions going to the merits and that the balance of hardships tips sharply in its favor.

1 First <u>Brands Corp. v. Fred Meyer, Inc.</u>, 809 F.2d 1378, 1381 (9th Cir.1987).

2     The Ninth Circuit has determined that "inmates have no right to a typewriter to prepare
3 legal documents where court rules permit pro se litigants to hand-write their pleadings." <u>Phillips
4 v. Hurst</u>, 477 F.3d 1070, 1077 (9th Cir. 2007) (citing <u>Lindquist v. Idaho State Bd. of Corr.</u>, 776
5 F.2d 851 858 (9th Cir. 1985).  Pursuant to Local Rule 7-130(b), this Court accepts documents for
6 filing that are hand-written.  Because there is no constitutional right for entitlement to a
7 typewriter, Petitioner's cannot make the necessary showing of entitlement to a preliminary
8 injunction and his motion must be DENIED.

9     Based on the foregoing, it is HEREBY ORDERED that Petitioner's motion for a court
10 order directing the prison to allow use of a typewriter is DENIED.

12     IT IS SO ORDERED.

13     **Dated:**   **November 20, 2008**             /s/ **Dennis L. Beck**
                                                                   UNITED STATES MAGISTRATE JUDGE